# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEPHEN BRUTON, KATHY BRUTON
and VANESSA BRUTON,

                    Plaintiffs,            Case No. 03-C-489

         v.

CITY OF CEDARBURG, THOMAS J. FRANK,
RICHARD J. LEACH, GLENN G. LINDBERG,
SCOTT H. YANKE, SCOTT A. MILLER,
JOHN DOE 1, JOHN DOE 2, and
JOHN DOE 3,

                    Defendants.

## OPINION AND ORDER

        The parties to this case have stipulated to a voluntary dismissal of all claims raised. Therefore, the court ORDERS that this action is dismissed on its merits, with prejudice, and without costs or attorney fees to any party. See Federal Rule of Civil Procedure 41(a).

        IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiffs Stephen Bruton, Kathy Bruton, and Vanessa Bruton brought this action against Defendants City of Cedarburg, Thomas J. Frank, Richard J. Leach, Glenn G. Lindberg, Scott H. Yanke, Scott A. Miller, John Doe 1, John Doe 2 and John Doe 3 before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having stipulated to a voluntary dismissal of all claims raised,

IT IS ORDERED AND ADJUDGED

that this action is dismissed.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 4th day of May, 2005.


s/ Thomas J. Curran
Thomas J. Curran
United States District Judge